

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00261-CR

Terray Davon **MYLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR10602
Honorable Christine Del Prado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: January 14, 2026

DISMISSED

Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a). *See*

TEX. R. APP. P. 42.2(a). The motion is granted, and this appeal is dismissed. *See id.*

PER CURIAM

DO NOT PUBLISH